IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 MAY 19 PM 1: 20

OFFICE OF THE CLERK

KELLE LAMBERT, et al,                         )           Case No. 8:08CV398
                                              )
                          Plaintiffs,         )
                                              )
        v.                                    )           MEDIATION
                                              )           CLOSURE NOTICE
UNITED STATES OF AMERICA,                      )
et al,                                         )
                                              )
                          Defendants.  )

COMES NOW, _____*Von M. Keating*_____, by and through the undersigned
mediator and states to the court as follows:

I.   Mediation in the above-captioned matter was scheduled for
     ___*5-18-09*___.

II.  On that date the following occurred:

     A.   All parties mediated in good faith and reached:
          ___✓1)   Agreement On All Issues
          _____2)   Partial Agreement
          _____3)   No Agreement

     B.   Evaluation forms handed out to:
          ___✓1.   Participants
          ___✓2.   Attorneys

     (Please mail original evaluations to Kathy Griess, Mediation Coordinator, U.S. District
     Court, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE
     68102-1322.)

     C.   The parties were unable to mediate because the individual(s) named below either
          (1) did not attend; (2) did not have authority to settle; (3) attended but refused to
          participate (Circle the number that applies):

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2   3
name

_____ 1 2 3
name

D.   The (partial) settlement agreement:
_____ 1)   is attached
_____ 2)   will be submitted to the court by
_____ 3)   will not be filed with the court
_____ 4)   includes a confidentiality agreement

E.   Mediation fees have been paid:
_____ 1)   by all parties
_____ 2)   by all parties except those below, with the unpaid balance due
           from each:

_____

_____

_____

Dated this _____ day of _____, 2009.

_____
Con M. Keating, Esq.
Keating, O'Gara Law Firm
530 South 13th Street, Suite 100
Lincoln, NE  68508-2795
(402) 475-8230