UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLIE LAMBERT and BETSY BURKEY, Personal Representatives of the Estate of DONALD E. BURKEY, | ) ) ) ) | 8:08CV398 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

COME NOW the Plaintiffs and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

KELLE LAMBERT and BETSY
BURKEY, Personal Representatives
of the Estate of Donald E. Burkey,
Plaintiffs

By:  s/ Elizabeth A. Govaerts
    ELIZABETH A. GOVAERTS, #20315
    VINCENT M. POWERS & ASSOC.
    411 South 13th Street, Suite 300
    Lincoln, NE 68508
    Tel: (402) 474-8000
    Fax: (402) 474-5006
    Elizabeth@vpowerslaw.com

THE UNITED STATES OF AMERICA,
Defendant

By:  JOE W. STECHER
    United States Attorney
    District of Nebraska

And:  s/ Robert L. Homan
    ROBERT L. HOMAN, #18580
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE 68102-1506
    Tel:  (402) 661-3700
    Fax:  (402) 661-3081
    robert.homan@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Elizabeth A. Govaerts, Vincent M. Powers and Joseph S. Daly; and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                 s/ Robert L. Homan
                                                 Assistant U.S. Attorney