IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLIE LAMBERT and BETSY BURKEY, personal representatives of the estate of DONALD E. BURKEY,** | ) ) ) ) | CASE NO. 8:08CV398 |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation and Motion for Dismissal with Prejudice (Filing No. 59). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation and Motion for Dismissal (Filing No. 59) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice;

3. The complete record is waived; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 26th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge